UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHIPREZ,<br><br>             Petitioner,<br><br>     v.<br><br>M.E. SPEARMAN,<br><br>             Respondent. | No.  1:18-cv-00727-SKO HC<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND**<br><br>**(Doc. 1)** |

### SCREENING ORDER

Petitioner, Jesus Chiprez, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**I.      Preliminary Screening**

Rule 4 of the Rules Governing § 2254 Cases requires the Court to conduct a preliminary review of each petition for writ of habeas corpus.  The Court must dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not entitled to relief."  Rule 4 of the Rules Governing 2254 Cases; *see also Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990).  A petition for habeas corpus should not be dismissed without leave to amend unless it appears that no tenable claim for relief can be pleaded were such leave to be granted.  *Jarvis v. Nelson*,

1

440 F.2d 13, 14 (9th Cir. 1971).

## II. Petitioner Fails to Name the Proper Respondent

Petitioner names M.E. Spearman, Warden at High Desert State Prison, as the Respondent in this case. The proper respondent for a habeas petition under 28 U.S.C. § 2254 is the petitioner's warden, because the warden has "day-to-day control over" the petitioner and thus can produce the petitioner. *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992).

Based on his address, Petitioner appears to currently be incarcerated at the Substance Abuse Treatment Facility in Corcoran, California. Therefore, the appropriate Respondent in this case is the Warden at the Substance Abuse Treatment Facility.

## III. Conclusion and Order

The Court hereby ORDERS:

1. The petition for writ of habeas corpus shall be dismissed with leave to amend.
2. The Clerk's Office shall send Petitioner a copy of this order and a form for a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody.
3. Within thirty (30) days of service of this order, Petitioner may file an amended petition. Petitioner shall name as respondent the warden of the institution in which he is incarcerated.
4. If Plaintiff fails to file an amended petition within thirty (30) days from the date of service of this order, the Court will recommend the action be dismissed, with prejudice, for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **May 29, 2018**                               /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

2