UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHIPREZ, | No.  2:19-cv-0619 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| M.E. SPEARMAN, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 4, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 35.  After receiving an extension of time, ECF No. 37, plaintiff filed timely objections to the findings and recommendations, ECF No. 39.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  With respect to the discussion of claim one in section IV.A. of the findings and recommendations, the

court writes separately to observe that there may be circumstances under which prison officials have a duty to produce exculpatory evidence in connection with prison disciplinary proceedings, *see, e.g.*, *Piggie v. McBride*, 277 F.3d 922, 925 (7th Cir. 2002) and *Burns v. PA Dept. of Corr.*, 642 F.3d 163, 174 n.11 (3d Cir. 2011) (cited in *Strohmeyer v. Belanger*, 2021 WL 1097344 (D.Nev. 2021)).  Here, however, plaintiff's own description of his exchange with Correctional Officers Bautista and Ziehm that led to the rules violation report, set out in plaintiff's administrative appeal from the disciplinary conviction, makes speculative at best plaintiff's assertion that video footage of the incident would have been exculpatory.  *See* ECF No. 1 at 8-10.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 4, 2021, ECF No. 35, as supplemented by this order, are adopted in full.

2. The complaint is dismissed without leave to amend for failure to state a claim.

3. The Clerk of the Court is directed to close this case.

DATED:  November 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE