UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHIPREZ,<br><br>             Plaintiff,<br><br>       v.<br><br>M.E. SPEARMAN, et al.,<br><br>             Defendants. | No.  2:19-cv-0619 KJM AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed a motion for transcripts at the government's expense.  ECF No. 44.  There have been no hearings in this action and therefore there are no transcripts.

   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for transcripts, ECF No. 44, is DENIED.

DATED: December 20, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1